1042

No. 82–5482. HENRY v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 82–5484. SIMON v. REID, SUPERINTENDENT, FISHKILL CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 82–5489. WEAVER v. HAYES ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–5490. TIPPETT v. DUCKWORTH, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–5492. RODRIGUEZ v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 82–5493. THOMAS v. WARDEN, MARYLAND STATE PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 82–5494. WILLIAMS v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 82–5498. BUNTING v. TARD, SUPERINTENDENT, TRENTON STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–5504. CONNOLLY v. NEW JERSEY ET AL. Sup. Ct. N. J. Certiorari denied.

No. 82–5505. CONNOLLY v. NEW JERSEY ET AL. Sup. Ct. N. J. Certiorari denied.

No. 82–5507. BOYER v. GUARINI, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.